THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OSCAR TUDDA, Appellant.— Judgment of the County Court of Nassau county convicting appellant of the crimes of sodomy and assault in the second degree, and order denying appellant's motion to set aside the verdict and for arrest of judgment, affirmed pursuant to the provisions of section 542 of the Code of Criminal Procedure. Lazansky, P. J., Hagarty, Johnston and Adel, JJ., concur; Carswell, J., concurs in result.

ANNA REICH, Respondent, v. BERNARD REICH, Appellant.— In an action for separation on the ground of abandonment and failure to support, judgment was rendered in favor of the plaintiff wife. The defendant husband appeals. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

JOSEPHINE RICE, Respondent, v. ROYAL A. RICE, Appellant.— On appeal by defendant from a judgment granting plaintiff a separation and alimony, judgment unanimously affirmed, with costs. The official referee found that plaintiff established her cause of action as to both abandonment and neglect or refusal to provide. The finding of abandonment is amply supported by the evidence, and defendant's failure to provide for plaintiff was not disputed. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.

RIVERHEAD SAVINGS BANK, Respondent, v. ALTCLAR REALTY CORPORATION, Appellant, and Others, Defendants.— Action to foreclose a mortgage on real property. Altclar Realty Corporation, appearing specially, appeals from so much of an order as denies a motion to set aside the service of the summons and complaint and grants a motion to confirm the report of the official referee. Order, in so far as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ., concur.

DIANA STARR, Respondent, Appellant, v. BENJAMIN KALFUS, Appellant, Respondent.— Order denying defendant's motion for leave to serve amended answer reversed on the law, without costs, and motion granted, without costs, and defendant directed to serve amended answer within ten days from the entry of the order hereon. We are of opinion that the sufficiency of the defense, in the light of the statutes of Nevada and the rulings and decisions of the courts of that State, as sought to be pleaded, may not be determined upon the motion to amend. Cross-appeals from an order denying defendant's motion for judgment on the pleadings and plaintiff's motion to strike out the answer and for summary judgment. Order, in so far as appealed from, affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ., concur.